IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TENNESSEE
AT KNOXVILLE

| | |
|---|---|
| UNITED STATES OF AMERICA ) | |
| ) | |
| v. ) | Case No. 3:03-CR-157-005 |
| ) | Judge Phillips |
| LESLIE MARIE ROBINSON ) | |

## AGREED ORDER OF REVOCATION

A Petition for Revocation of Supervised Release has been filed against the defendant, Leslie Marie Robinson, and the defendant admits that she has violated her supervised release. An agreement has been reached between the parties, recommending that Ms. Robinson's supervised release should be revoked and that she should receive a sentence of seven (7) months incarceration followed by twenty-four (24) months of supervised release.

Ms. Robinson agrees to waive her right to a hearing pursuant to Rule 32 of the Rules of Criminal Procedure, waive her right to allocute at a revocation hearing, and asks that the agreement of the defendant and the government pursuant to Rule 11 of the Federal Rules of Criminal Procedure be found to be a proper sentence.

This Court has considered the Chapter Seven policy statements in the United States Sentencing Guidelines. The violations admitted by the defendant are "Grade C" violations. The defendant's criminal history category is I. The advisory guideline range is 3-9 months which the Court has carefully considered. There is a statutory maximum of 24 months imprisonment which the Court has also considered. The Court has also considered the factors listed in 18 U.S.C. §3553(a).

Based on the foregoing, the Court finds that the recommended sentence is sufficient, but not greater than necessary, to accomplish the purposes set forth in 18 U.S.C. §3553(a) while taking into consideration all of those factors and the Chapter Seven policy statements.

IT IS HEREBY ORDERED, therefore, that the defendant's supervised release is hereby revoked. The defendant is hereby sentenced to a term of imprisonment of seven (7) months, to be followed by twenty-four (24) months of supervised release under the same conditions previously ordered as follows:

1. The defendant shall comply with the standards that have been adopted by the court along with the following special conditions:

2. The defendant shall participate in a program of testing and/or treatment for drug and/or alcohol abuse, as directed by the probation officer, until such time as the defendant is released from the program by the probation officer.

3. The defendant shall participate in a program of mental health treatment, as directed by the probation officer, until such time as the defendant is released from the program by the probation officer.

4. The defendant shall waive all rights to confidentiality regarding her alcohol and drug treatment, along with her mental health treatment, in order to allow release of information to the supervising United States Probation Officer and to authorize open communication between the probation officer and the treatment providers.

5. The defendant shall abstain from any use of alcohol.

It is RECOMMENDED that the Bureau of Prisons designate Leslie Marie Robinson to the facility located in Alderson, West Virginia.

*[signature: Thomas W. Phillips]*
_____
Hon. Thomas W. Phillips
United States District Judge

APPROVED FOR ENTRY:

*[signature: W. Brownlow Marsh]*
_____
W. Brownlow Marsh
Assistant U.S. Attorney

*[signature: Jonathan Moffatt]*
_____
Jonathan Moffatt
Attorney for Defendant

*[signature: Leslie Robinson]*
_____
Leslie Marie Robinson
Defendant

*[signature: Kathryn Callaway]*
_____
Kathryn Callaway
U.S. Probation Officer